446 A.2d 687

Commonwealth v. Cooper, Jr., Appellant.

604

Argued September 29, 1981. Daniel J. Brabender, Jr., for appellant; Michael R. Cauley, Assistant District Attorney, for Commonwealth, appellee.

Before CAVANAUGH, MONTEMURO and VAN der VOORT, JJ.

The order and judgment of sentence affirmed on the comprehensive opinion of Honorable Fred P. Anthony, Court of Common Pleas, Erie County.